# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1616
_____

SAMUEL J. CHESTNUT,

Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

March 29, 2019

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Samuel J. Chestnut, pro se, Appellant.

Eric Salvatore Giunta, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.